7-28-26

I Christopher Chinn / Court No.: 1:19-CR-113-007

would Like to follow up on my 2 point for Being on probation when i Caught this Charge. i wanted to See if the Courts will accept the 2 points on my BeHalf I Been Locked up Since may 2, 2019 in FBop. i had wrote and Try Reaching out. But i think my Lawer Retried

RECEIVED
AUGUSTA, GA
AUG 3 2026
US DISTRICT COURT
SOUTHERN DISTRICT OF GA

Christopher Chinn
Reg. No. 23310-021
FCI Beckley
P.O. Box 350
Beaver, WV. 25813

CHARLESTON WV 250

Freedom 250

UNITED STATES OF AMERICA
FOREVER/USA

Clerk of U.S District Court
P.O. Box 1130
Augusta, GA. 30903

30903-113030